

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-421-CV

RONALD J. HOLLEMAN                                                    APPELLANT

V.

DAUGHERTY HOMES, INC. DBA FREEDOM HOMES, INC.          APPELLEE

----------

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's request to withdraw the notice of appeal.

It is the court's opinion that the request should be granted; therefore, we

dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  January 7, 2010

---

[1] *See* Tex. R. App. P. 47.4.